**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISON**

NATALIE M. GLAZE,

Plaintiff,

v. Case No: 2:19-cv-141-FtM-29MRM

NWNG LLC, A FOREIGN
LIMITED LIABILITY COMPANY d/b/a
NAPLES GRANDE BEACH RESORT,

Defendant.
_______________________________________/

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____IS related to pending or closed civil or criminal cases(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__IS NOT related to any pending or closed civil or criminal case filed with this Court or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

**Dated: March 14, 2019**

**/s/ Ronald W. Fraley**
**Ronald W. Fraley**
**FBN: 0747025**
**Counsel of Record for Plaintiff**
**The Fraley Firm, P.A.**
**412 E. Madison St. Suite 1213**
**Tampa, FL 33602**
**rfraley@fraleylawfirm.com**
**(813) 229-8300 (telephone)**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 14th, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that e-mail notification of this filing was sent to: Laura E. Prather, Nicole Santamaria, Jackson Lewis P.C., 100 S. Ashley Drive, Suite 2200 Tampa, Florida 33602. laura.prather@jacksonlewis.com, nicole.santamaria@jacksonlewis.com.

/s/ Ronald W. Fraley
Ronald W. Fraley
Florida Bar No.: 0747025
The Fraley Firm, P.A.
412 East Madison Street, Suite 1213
Tampa, Florida 33602
Primary Email: rfraley@fraleylawfirm.com
Secondary Email: phuret@fraleylawfirm.com
Telephone: (813) 229-8300
Attorney for Plaintiff