UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NATALIE M. GLAZE,

Plaintiff,

v. Case No: 2:19-cv-141-FtM-29MRM

NWNG LLC, a foreign limited liability company and NORTHWOOD HOSPITALITY, LLC,

Defendants.

---

**ORDER**

This matter comes before the Court on defendants' Unopposed Motion to Remand (Doc. #29) filed on August 26, 2019. Defendants give notice that subject matter jurisdiction no longer exists after the filing of the Amended Complaint (Doc. #22) and the joinder of Northwood Hospitality, LLC. Defendantf collectively seek a remand on this basis.

"If after removal the plaintiff seeks to join additional defendants whose joinder would destroy subject matter jurisdiction, the court may deny joinder, or permit joinder and remand the action to the State court." 28 U.S.C. § 1447(e). Remand based on a post-removal lack of subject matter jurisdiction is not reviewable. Alvarez v. Uniroyal Tire Co., 508 F.3d 639, 641 (11th Cir. 2007). The Court will remand the case.

Accordingly, it is hereby

**ORDERED:**

1. Defendants' Unopposed Motion to Remand (Doc. #29) is **GRANTED.** The Clerk is directed to remand the case to the Circuit Court of the Twentieth Judicial Circuit, in and for Collier County, Florida, and to transmit a certified copy of this Order to the Clerk of that Court.
2. The Clerk is further directed to terminate all pending motions and deadlines, and to close the case.

**DONE and ORDERED** at Fort Myers, Florida, this 27th day of August, 2019.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record